# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Charles B. Craft,                                    No. 22-cv-1897 (KMM/TNL)

        Petitioner,

v.

                                                          **ORDER**

 B. Eischen,

        Respondent.

This case is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Tony L. Leung, dated April 17, 2023. Judge Leung recommends that Charles Craft's petition for a writ habeas corpus pursuant to 28 U.S.C. § 2241 be denied and that this action be dismissed without prejudice. Judge Leung found that because the Bureau of Prisons had applied First Step Act credits to Mr. Craft's sentence and transferred him out of the Federal Prison Camp in Duluth to home confinement, there was no longer a live case or controversy. Mr. Craft received the relief he requested in his petition, and none of the exceptions to the mootness doctrine applied. [R&R at 4–7, Dkt. 19.] No objections have been filed to the R&R.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)).

Based on the Court's review of the R&R and the entire record in this case, the Court finds no error. Accordingly, the Court enters the following Order.

1. The Report and Recommendation [Dkt. 19] is ACCEPTED.

2. The Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Dkt. 1] is DENIED AS MOOT.

3. This matter is DISMISSED WITHOUT PREJUDICE.

4. The Court kindly requests that the Clerk's Office mail a copy of this Order to Mr. Craft at the Residential Reentry Management Detroit field office:

> Charles B. Craft
> Reg. No. 15867-028
> RRM Detroit
> 4026 E. Arkona Rd.
> Milan, MI 48160

Date: May 15, 2023

*s/Katherine Menendez*
Katherine Menendez
United States District Judge